UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFERY O. DAVIS,

      Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

      Defendants.

No.  1:25-cv-01511-GSA

ORDER GRANTING IN PART EXTENSION TO FILE RESPONSE

The parties stipulate to a 21 extension from April 6, 2026 to April 27, 2026 for Defendant to file a response brief.  However, this would hinder the Court's ability to manage its docket.  A 14 day extension will be granted.

Accordingly, it is **ordered** that Defendant's responsive brief is extended to and including April 20, 2026.

IT IS SO ORDERED.

Dated:   **March 29, 2026**                        **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE